IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01126-BNB

TARNELL JONES,

    Plaintiff,

v.

[NO NAMED DEFENDANTS],

    Defendants.

ORDER OF DISMISSAL

Plaintiff, Tarnell Jones, is in the custody of the Colorado Department of Corrections at the San Carlos Correctional Facility in Pueblo, Colorado. Plaintiff initiated this action by filing *pro se* a Letter that, although nonsensical, appears to challenge the conditions of Plaintiff's confinement. On April 21, 2014, Magistrate Judge Boyd N. Boland entered an order and directed Plaintiff to cure certain deficiencies in the pleading. Specifically, Magistrate Judge Boland directed Plaintiff to submit his claims on a Court-approved form used in filing prisoner complaints and to submit a request to proceed pursuant to 28 U.S.C. § 1915 on a proper form or in the alternative pay the $400 filing fee in full.

Magistrate Judge Boland warned Plaintiff that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days. Rather than cure the deficiencies, Plaintiff submitted a ten-page pleading that is nonsensical and unresponsive to the April 21, 2014 Order to Cure. On Page Seven of the pleading Plaintiff does assert that he "would like more time for this complaint I need 6 complaint

packets & 5 number cuz you gave me one 1:14-cv-01126-BNB and I would like numbers for problems I am haveing [sic] on page 4." Plaintiff's request for additional time and complaint packets, however, is unresponsive to the April 21 Order directing him to cure the noted deficiencies. Because Plaintiff fails to assert a justifiable reason for needing additional time to cure the deficiencies in this Complaint, the Court will dismiss this action for failure to cure within the time allowed.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order is not taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he must also pay the full $505.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this 3rd day of June, 2014.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court