# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01126-LTB

TARNELL JONES,

    Plaintiff,

v.

[NO NAMED DEFENDANTS],

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff filed a three motions, a motion to file without payment, a motion for appointment of counsel, and a motion for additional time, ECF No. 7. The motions are denied as moot. This action was dismissed on June 3, 2014.

Dated: June 12, 2014